BEFORE THE SECOND DIVISION, JUNE 28, 1956

**No. 60071.**—Toledano & Pinto (America), Inc. *v.* United States, protest 222910–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ingots of antimony, composed of scrap fit only to be remanufactured, not ores or concentrates or crude metal, imported to be used in remanufacture by melting, and that there had been compliance with the regulations of the Secretary of the Treasury pursuant to said public laws, *supra*, the claim of the plaintiff was sustained.

**No. 60072.**—Voss Cutlery Co., Inc., et al. *v.* United States, protests 229265–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of wrench or plier knives with fixed blades or attachments, which would now be returned for duty at 22½ percent under paragraph 397, as modified, *supra*, the claim of the plaintiffs was sustained.

**No. 60073.**—American Manufacturing Co. and A. W. Fenton Co. et al. *v.* United States, protests 190594–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of textile machinery and parts thereof used for manufacturing or processing vegetable fibers similar in all material respects to the textile machinery and parts the subject of *The A. W. Fenton Co., Inc., et al.* v. *United States* (34 Cust. Ct. 202, C. D. 1705), the claim of the plaintiffs was sustained.